SHARP *v.* PETTIT. (*b*)

*Dower.*

</div>

No damages or costs are recoverable, in dower, where the husband did not die seised.[1]

WRIT of Dower. The inquisition stated, that the husband did not die seised of the premises; and found damages for the detention of dower, with costs.

*Ross* moved to quash the inquisition, so far as respects the damages and costs.

BY THE COURT.—It must be so; but let judgment be entered for the lemandant, without damages or costs.